# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,        ) | |
| )                                                     | |
| Plaintiff,         ) | **ORDER** |
| )                                                     | |
| vs.                                          ) | |
| )                                                     | |
| Christopher Antwan Ware,    ) | Case No.  1:17-cv-130 |
| )                                                     | |
| Defendant.      ) | |

On July 26, 2017, defendant filed a "Notice of Attorney Substitution." (Doc. No. 63). Accordingly, defendant's retained counsel, attorney Dan Herbel, shall be substituted as defense counsel of record. Attorney Ryan Sandberg is authorized to withdraw as defense counsel.

**IT IS SO ORDERED.**

Dated this 26th day of July, 2017.

*/s/ Charles S.  Miller, Jr.*
Charles S.  Miller, Jr., Magistrate Judge
United States District Court